The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-109JLR |
| Plaintiff, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING |
| LEAH MYERSON, | ) | |
| Defendant. | ) | |

Based on the defense's unopposed motion of the continue sentencing and the record in this case, the Court finds that continuing sentencing to January 7, 2019:

(1) is reasonable and necessary in this case to afford the defense time necessary to prepare for sentencing; (2) will provide the Court with a more complete record regarding the factors contained in 18 U.S.C. § 3553(a); and (3) will serve the interests of justice.

IT IS THEREFORE ORDERED that sentencing in this matter is continued from July 24, 2018 to January 7, 2019.

DONE this 18th day of June, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Leah Myerson

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING
(USA v. Leah Myerson; CR18-109JLR)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100