The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEAH ELANA MYERSON <br> a/k/a Elana Belmont Nazari <br> a/k/a Elana Myerson, <br><br> Defendant. | NO. CR18-109 JLR <br><br> ORDER GRANTING MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM |

This matter has come before the Court on the motion to seal Government's Sentencing Memorandum. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of this sentencing memorandum under seal.

IT IS HEREBY ORDERED that the Government's Sentencing Memorandum be

//

//

ORDER TO SEAL - 1
U.S. v. Myerson/Case No. CR18-109 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

filed under seal.

DATED this 5th day of February, 2019.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Benjamin T. Diggs*
BENJAMIN T. DIGGS
Special Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
E-mail: Benjamin.Diggs@usdoj.gov

ORDER TO SEAL - 2
*U.S. v. Myerson/Case No. CR18-109 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970