THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-109JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL DEFENSE SENTENCING MEMORANDUM |
| LEAH ELANA MYERSON, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Leah Myerson to file her Sentencing Memorandum and attached exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS THEREFORE ORDERED that Ms. Myerson's Sentencing Memorandum and attached exhibits be filed under seal.

DONE this 6th day of February, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Vanessa Pai-Thompson*
Federal Public Defender
Attorney for Leah Myerson

(PROPOSED) ORDER GRANTING
MOTION TO SEAL DEFENSE
SENTENCING MEMORANDUM
(*USA v. Leah Myerson;* CR18-109JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100