THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-109JLR |
| Plaintiff, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL SUPPLEMENTAL LETTER OF SUPPORT TO SENTENCING MEMORANDUM |
| LEAH ELANA MYERSON, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Leah Myerson to file her Supplemental Letter of Support to her Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file this document under seal.

IT IS THEREFORE ORDERED that Ms. Myerson's Supplemental Letter of Support to her Sentencing Memorandum be filed under seal.

DONE this 14th day of Feb., 2019.

*[signature]*
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Vanessa Pai-Thompson*
Federal Public Defender
Attorney for Leah Elana Myerson

(PROPOSED) ORDER GRANTING
MOTION SEALING SUPPLEMENTAL LETTER
OF SUPPORT TO SENTENCING MEMO
(*USA v. Leah Myerson;* CR18-109JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100